# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PATRICK E. WALKER and LISA HENSHAW, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> IHEART COMMUNICATIONS, INC., THE BOARD OF DIRECTORS OF IHEART COMMUNICATIONS, INC., THE RETIREMENT BENEFITS COMMITTEE, and JOHN DOES 1-30. <br><br> Defendants. | **CLASS ACTION COMPLAINT** <br><br> **Case No.: 3:20-cv-02359-E** |

## RULE 41 NOTICE OF DISMISSAL

Plaintiffs Patrick E. Walker and Lisa Henshaw ("Plaintiffs") hereby file this Notice of Dismissal of the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted, this 17th day of November, 2020.

/s/ Mark K. Gyandoh
Mark K. Gyandoh
Capozzi Adler, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

**MUNSCH HARDT KOPF & HARR, P.C.**
Craig A. Harris
State Bar No. 09056750
Natalie A. Sears
State Bar No. 24098400
500 N. Akard St., Suite 3800
Dallas, Texas 75201
(214) 855-7500 (telephone)
(214) 855-7584 (facsimile)
charris@munsch.com
nsears@munsch.com

Counsel for Plaintiffs and the Putative Class